### RAYLE and Another *v.* ROSENTHAL.

APPEAL from the *Howard* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed on the evidence, with 1 per cent. damages and costs.

*N. R. Lindsay,* for the appellants.

*Thomas J. Harrison* and *D. Moss,* for the appellees.